IN RE: Spellman, John E.; — Plaintiffs); Applying for Supervisory and/or Remedial Writs; Parish of St. Bernard 34th Judicial District Court Div. “B” Number 99-250; to the Court of Appeal, Fourth Circuit, Number 99K-0535
Denied. La.C.Cr.P. art. 930.8; State ex rel. Glover v. State, 93-2330 (La.9/5/95), 660 So.2d 1189; La.C.Cr.P. art. 930.3; State ex rel. Melinie v. State, 93-1380 (La.1/12/96), 665 So.2d 1172; cf. La. C.Cr.P. art. 930.4(D).
KNOLL, J., not on panel.